UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MELIKE DEWEY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF LOS ANGELES, et al.,<br><br>　　　　Defendants. | No. LA CV 13-03910-VBF (PLA)<br><br>**JUDGMENT** |

Pursuant to the order accepting the findings, conclusions and recommendation of the magistrate judge, IT IS ADJUDGED that the action is dismissed with prejudice for failure to prosecute and failure to follow Court orders.

DATED:  October 27, 2014

*Valerie Baker Fairbank*
_____
　HONORABLE VALERIE BAKER FAIRBANK
　SENIOR UNITED STATES DISTRICT JUDGE